**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br> Plaintiff, )<br>)<br>vs. )<br>)<br>Florentino Ramirez-Cruz, )<br>)<br> Defendant. )<br>)<br>_____ ) | No. 06-3025M<br><br>**ORDER** |

        The Court having considered the Defendant's[1] Motion for Substitution of Counsel (Doc.

#9), and good cause appearing,

        **IT IS HEREBY ORDERED** granting Defendant's Motion for Substitution of Counsel

and substituting Phillips and Associates, Jose Montano, 3030 North Third Street, Suite 1101,

Phoenix, Arizona 85012, as the attorney for Defendant Florentino Ramirez-Cruz, for all further

proceedings in the above-entitled matter in the place of Tyrone Mitchell.

        **IT IS FURTHER ORDERED** granting Defendant's[2] Motion to Withdraw as Counsel

(Doc. #6).

        DATED this 14th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge

---

[1]Filed by attorney Jose Montano.

[2]Filed by attorney Tyrone Mitchell.