IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR 06-185-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Florentino Ramirez-Cruz, | ) |
| Defendant. | ) |

The court has received and reviewed Defendant's Motion to Modify Conditions of Release and the Government's objections thereto.

After listening to the recording of the subject hearing, it is clear that the basis for the detention was the fact that Defendant was subject to removal proceedings. The Pretrial Services report dated January 30, 2006 stated that "[t]he defendant is currently under removal proceedings." The Pretrial Services report dated February 2, 2006 stated that "Immigration and Customs Enforcement records indicate the defendant is currently under removal proceedings." Defendant's counsel submitted the issue of detention to the court on the Pretrial Services reports and did not contest the information contained therein. In making its ruling, the court detained defendant on the basis that "removal proceedings are pending against defendant."

The court did not detain defendant because he was not legally in the United States.

1  The court's prior written order will be amended to conform with the record of the
2  subject proceedings.
3  **IT IS ORDERED** denying Defendant's Motion to Modify Defendant's Conditions of
4  Release (Doc. #13).
5  DATED this 10th day of March, 2006.

Edward C. Voss
United States Magistrate Judge